**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Petitioner,**<br>**vs.**<br><br>**LATOYA HUGHES, Director, Illinois Department of Corrections, in her official capacity,**<br><br>**Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:26-cv-1074-DWD** |

## ORDER

**DUGAN, District Judge:**

Upon request of Respondent Latoya Hughes, Director, Illinois Department of Corrections, with the consent of Petitioner United States of America, and for good cause shown, it is hereby

**ORDERED** that the Court's October 23, 2026 Order (ECF No. 28) to comply with ICE Administrative Subpoena Nos. ERO-ENF-CHI-202600904 and ERO-ENF-CHI-202600905 be modified to exclude the requirement that the reports produced in response to Subpoena No. ERO-ENF-CHI-202600905 include the "Offense Type" informational field requested in the attachment to the subpoena, provided that the reports contain all other fields requested therein.

**SO ORDERED.**

Dated: November 6, 2026

Judge Dugan

Digitally signed by Judge Dugan
Date: 2026.11.06 17:56:15 -06'00'

DAVID W. DUGAN
United States District Judge